1112

No. 03–797. CASCELLA v. CANAVERAL PORT AUTHORITY. C. A. 11th Cir. Certiorari denied.

No. 03–805. MICHELS v. COMMISSION ON JUDICIAL CONDUCT OF THE STATE OF WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 03–6119. HESTER v. GERMANY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–6123. HILL v. UNITED STATES; and
No. 03–6153. KUENSTLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 325 F. 3d 1015.

No. 03–6124. GONZALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6172. ABBOTT v. RISING, TREASURER OF MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 03–6232. NAPIER v. PRESLICKA ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–6260. WILLIAMS v. AFC ENTERPRISES, INC., ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 03–6319. HOLLIDAY v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 03–6376. PENNINGTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6406. HOANG NGUYEN v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 03–6444. PERKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6488. FLOYD v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–6580. HINES v. WOODFORD, WARDEN. C. A. 9th Cir. Certiorari denied.